MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
        tlund@grsm.com

*Attorneys for Defendant*
*NEWTRON, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAE HYUN MIN, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEWTRON, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01052-CDS-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO APPEAR**<br><br>**[FIRST REQUEST]** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff JAE HYUN MIN ("Plaintiff"), by and through his counsel of record, Leah L. Jones, Esq. and Joshua D. Buck, Esq. of THIERMAN BUCK, and Defendant NEWTRON, LLC ("Defendant"), by and through their counsel of record Michael R. Ayers, Esq., and Christopher Lund, Esq., of GORDON REES SCULLY MANSUKHANI, that Defendant shall have until May 22, 2026 to respond to Plaintiff's Collective and Class Action Complaint (the "Complaint"), filed on April 6, 2026.

**I.      EVENTS TO DATE**

On April 6, 2026, Plaintiff initiated this action with the filing of her Complaint. *See* ECF No. 1. Pursuant to FRCP 12(a), the deadline for Defendant to respond to the Complaint is May 4, 2026.

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

## II.    PARTIES' AGREEMENT TO EXTENSION

On May 1, 2026, counsel for Plaintiff and Defendant agreed, through email correspondence, to extend the deadline for Defendant to appear in this matter.

Pursuant to the parties' agreement, Defendant shall have up to including May 22, 2026, within which to appear in this matter.

The parties affirm that this Stipulation is entered into in good faith and not for purposes of delay.

Dated this 1st day of May, 2026.                    Dated this 1st day of May, 2026

**THIERMAN BUCK**                    **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Joshua D. Buck*                    */s/ Christopher Lund*
Joshua D. Buck, Esq.                    Michael R. Ayers, Esq.
Leah L. Jones, Esq.                    Christopher Lund, Esq.
325 West Liberty Street                    Nevada Bar No. 12435
Reno, Nevada 89501                    300 South Fourth Street, Suite 1550
*Attorneys for Plaintiff*                    Las Vegas, Nevada 89101
                    *Attorneys for Defendant*

## ORDER

Plaintiff and Defendant, having entered into this Stipulation to extend Defendant's time to make an appearance in this matter, and the Court having reviewed the papers and pleadings on file herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall make an appearance in this matter on or before May 22, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2026

-2-

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV  89101

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 1, 2026, a true and correct copy of the foregoing JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO APPEAR [FIRST REQUEST] was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record:

Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK
325 West Liberty Street
Reno, Nevada 89501
Email: josh@thiermanbuck.com
leah@thiermanbuck.com
*Attorney for Plaintiff*

*/s Tammy Kassen*
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP