Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the putative classes*

Michael R. Ayers, Nev. Bar. No. 10851
mayers@grsm.com
Christopher Lund, Nev. Bar. No. 12435
tlund@grsm.com
**GORDON REES SCULLY MANSUKJANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9300
Fax. (702) 255-2858

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAE HYUN MIN, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NEWTRON, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01052-CDS-BNW<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER AND ORDER THEREON**<br><br>**(First Request)** |

Pursuant to Local Rules ("LR") IA 6-1 and 6-2, Plaintiff JAE HYUN MIN, ("Plaintiff"), by and through his counsel of record THIERMAN BUCK, and Defendants NEWTRON, LLC, and DOES 1 through 50, inclusive, ("Newtron" or "Defendants"), by and through its counsel of record, GORDON REES SCULLY MANSUKHANI, LLP, (Plaintiff and Defendants are collectively referred to as the "Parties") hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b)(2), the last day for the Court to issue a Scheduling Order is July 13, 2026.

2. The Parties timely met and conferred on June 29, 2026, for the requisite 26(f) conference.

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

**THIERMAN BUCK**
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

3.   The Parties request an extension of time to file their proposed discovery plan and scheduling order for sixty (60) calendar days, to on or before, August 31, 2026, in order to facilitate data review specific to Plaintiff's claims, which may have effect on the scope and breadth of the Parties' proposed discovery plan and scheduling order.

4.   The Parties affirm that the Stipulation s made in good faith and not for any improper purpose of delay.

Dated:  July 1, 2026

/s/ Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK**
325 W. Liberty Steet
Reno, NV 89509
(775) 284-1500

Attorneys for Plaintiff and the
Putative Classes

Dated:  July 1, 2026

/s/ Christopher Lund
Michael R. Ayers, Nev. Bar. No. 10851
Christopher Lund, Nev. Bar. No. 12435
**GORDON REES SCULLY
MANSUKJANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel. (702) 577-9300
Fax. (702) 255-2858

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated:  July 6, 2026

- 2 -

STIPULATION TO EXTEND TIME TO FILE PROPOSED DPSO AND [PROPOSED] ORDER THEREON