MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
tlund@grsm.com

*Attorneys for Defendant*
*NEWTRON, LLC*

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAE HYUN MIN, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEWTRON, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01052-CDS-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[SECOND REQUEST}** |

Pursuant to Local Rules ("LR") IA 6-1 and 6-2, Plaintiff JAE HYUN MIN, ("Plaintiff"), by and through his counsel of record THIERMAN BUCK, and Defendants NEWTRON, LLC, ("Defendant"), by and through its counsel of record, GORDON REES SCULLY MANSUKHANI, LLP, (Plaintiff and Defendant are collectively referred to as the "Parties") hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b)(2), the last day for the Court to issue a Scheduling Order is July 13, 2026.

2. The Parties timely met and conferred on June 29, 2026, for the requisite 26(f) conference.

3. On July 6, 2026, the Court granted the Parties requested extension of time to file

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

their proposed discovery plan and scheduling order for sixty (60) calendar days, to on or before, August 31, 2026, in order to facilitate data review specific to Plaintiff's claims, which may have effect on the scope and breadth of the Parties' proposed discovery plan and scheduling order. During that extension period, the Parties have made efforts toward conducting those reviews and have limited some of the issues. The parties have also continued to discuss the potential for early settlement resolution but need some additional time to determine whether early settlement resolution would be appropriate.

4. As such, the Parties make this request to extend the deadline to file the proposed discovery plan and scheduling order for an additional thirty (30) days from August 31, 2026, in order to determine whether they can come to agreement to engage in formal settlement process. This extension will afford the Parties time necessary for further settlement discussions and whether to move toward scheduling a fixed date for a settlement conference or mediation.

5. The Parties respectfully request that the deadline to file the proposed discovery plan and scheduling order be extended for an additional thirty (30) days from August 31, 2026, until and including September 30, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

6. The Parties enter into this Stipulation and make this request in good faith and not for purposes of delay.

Dated this 31st day of August, 2026.

**THIERMAN BUCK**

*/s/ Joshua D. Buck*_________

Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK
325 West Liberty Street
Reno, Nevada 89501
*Attorneys for Plaintiff*

Dated this 31st day of August, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Michael R. Ayers*

MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant NEWTRON, LLC*

**ORDER GRANTING EXTENSION OF TIME**

Plaintiff and Defendant having entered into this Stipulation to extend the time to file the proposed discovery plan and scheduling order in this matter, and the Court having reviewed the papers and pleadings on file herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Parties shall file their proposed discovery plan and scheduling order on or before September 30, 2026. **This Court is not inclined to grant further extensions of this deadline.**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2026

**RESPECTFULLY SUBMITTED BY:**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Michael R. Ayers*
______________________________
MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant NEWTRON, LLC*

**Mayra Ibarra Gonzalez**

**From:** Josh Buck <josh@thiermanbuck.com>
**Sent:** Monday, August 31, 2026 12:26 PM
**To:** Michael Ayers; Jennifer Edison-Strekal; Sat Sang Keeling
**Cc:** Leah L. Jones; Topher Lund; Mayra Ibarra Gonzalez; Tammy Kassen; Chris Miller; Megan Cunnington
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Looks good. You may e-sign and file on my behalf. Thanks,

Josh

**JOSHUA D. BUCK**
325 W. Liberty Street | Reno, NV 89501
Phone: 775.284.1500 | Fax: 775.703.5027
Email: josh@thiermanbuck.com

The information contained in this electronic message may be attorney-client privileged and confidential and is intended only for the use of the individual(s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited. If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system. Thank you.

*Please consider the environment before printing this email.*

---

**From:** Michael Ayers <mayers@grsm.com>
**Sent:** Monday, August 31, 2026 11:48 AM
**To:** Josh Buck <josh@thiermanbuck.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Hi Josh:

This should reflect the changes. Please let us know if we may e-sign and submit to the court on your behalf.

Thank you,

Mike

**Michael R. Ayers**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 702.577.9355
**E:** mayers@grsm.com | grsm.com
1 East Liberty Street, Suite 424, Reno, NV 89501
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard | Bio

---

**From:** Josh Buck <josh@thiermanbuck.com>
**Sent:** Monday, August 31, 2026 10:57 AM
**To:** Michael Ayers <mayers@grsm.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

That was my understanding from the call. The first step is for you and Sat to decide whether you want to proceed with settlement discussions and to provide me with information and documents/data to determine whether this is a classwide issue and whether to resolve on a classwide basis. This is why we are pushing the DPSO out for 30 days. If your client agrees to produce the information, then we will schedule a mediation and enter into a stay. At that point, we can agree to the confidential nature of the documents (even though its already protected under the settlement privilege).

Talk to Sat and feel free to correct me if I'm wrong. Best,

**JOSHUA D. BUCK**
325 W. Liberty Street | Reno, NV 89501
Phone: 775.284.1500 | Fax: 775.703.5027
Email: josh@thiermanbuck.com

THIERMANBUCK
LAWYERS FOR EMPLOYEES

The information contained in this electronic message may be attorney-client privileged and confidential and is intended only for the use of the individual(s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited. If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system. Thank you.

*Please consider the environment before printing this email.*

---

**From:** Michael Ayers <mayers@grsm.com>
**Sent:** Monday, August 31, 2026 10:47 AM
**To:** Josh Buck <josh@thiermanbuck.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Hi Josh:

So are we not providing any documents until we agree to mediate and enter in the stay agreement? If so, that works for me. But if we are supplying documents, then that creates the issue I am trying to address moving forward.

Please clarify.

Thank you,

Mike

**Michael R. Ayers**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 702.577.9355
**E:** mayers@grsm.com | grsm.com
1 East Liberty Street, Suite 424, Reno, NV 89501
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard | Bio

---

**From:** Josh Buck <josh@thiermanbuck.com>
**Sent:** Monday, August 31, 2026 10:43 AM
**To:** Michael Ayers <mayers@grsm.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Its protected by the settlement privilege. And we can agree to this if and when we enter the a stay of the proceedings. Sat said that his client hasn't even agreed to mediate yet so lets leave this out for now.

**JOSHUA D. BUCK**
325 W. Liberty Street | Reno, NV 89501
Phone: 775.284.1500 | Fax: 775.703.5027
Email: josh@thiermanbuck.com

THIERMANBUCK
LAWYERS FOR EMPLOYEES

The information contained in this electronic message may be attorney-client privileged and confidential and is intended only for the use of the individual(s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited. If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system. Thank you.

*Please consider the environment before printing this email.*

---

**From:** Michael Ayers <mayers@grsm.com>
**Sent:** Monday, August 31, 2026 10:41 AM
**To:** Josh Buck <josh@thiermanbuck.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>

**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Hi Josh:

We are fine with all of your changes except for deleting paragraph 4. Trying to get your take on that provision as we need some protection during our informal disclosure of documents.

Thank you,

Mike

**Michael R. Ayers**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 702.577.9355
**E:** mayers@grsm.com | grsm.com
1 East Liberty Street, Suite 424, Reno, NV 89501
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard | Bio

---

**From:** Josh Buck <josh@thiermanbuck.com>
**Sent:** Monday, August 31, 2026 10:21 AM
**To:** Michael Ayers <mayers@grsm.com>; Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Attached are my suggested edits. Best,

Josh

**JOSHUA D. BUCK**
325 W. Liberty Street | Reno, NV 89501
Phone: 775.284.1500 | Fax: 775.703.5027
Email: josh@thiermanbuck.com

THIERMANBUCK
LAWYERS FOR EMPLOYEES

The information contained in this electronic message may be attorney-client privileged and confidential and is intended only for the use of the individual(s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited. If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system. Thank you.
*Please consider the environment before printing this email.*

**From:** Michael Ayers <mayers@grsm.com>
**Sent:** Thursday, August 27, 2026 5:58 PM
**To:** Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>; Sat Sang Keeling <skhalsa@grsm.com>; Josh Buck <josh@thiermanbuck.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Mayra Ibarra Gonzalez <mibarragonzalez@grsm.com>; Tammy Kassen <tkassen@grsm.com>; Chris Miller <chmiller@grsm.com>; Megan Cunnington <mcunnington@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Hi Josh:

As we discussed, the stip and order to move the deadline. Please let us know if you have any changes.

Assuming you do not, please confirm we may e-sign on your behalf and submitted it to the court.

Thank you,

Mike

**Michael R. Ayers**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 702.577.9355
**E:** mayers@grsm.com | grsm.com
1 East Liberty Street, Suite 424, Reno, NV 89501
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard | Bio

**From:** Jennifer Edison-Strekal <Jennifer@thiermanbuck.com>
**Sent:** Tuesday, August 25, 2026 12:25 PM
**To:** Sat Sang Keeling <skhalsa@grsm.com>; Josh Buck <josh@thiermanbuck.com>
**Cc:** Leah L. Jones <leah@thiermanbuck.com>; Topher Lund <tlund@grsm.com>; Michael Ayers <mayers@grsm.com>
**Subject:** RE: Min v Newtron: Privileged Settlement Communication

Good afternoon,

Below is the Zoom link for the August 27 meeting at 9:30 am PST.

https://us06web.zoom.us/launch/jc/83409045686
Meeting ID: 834 0904 5686
Passcode: NC-Q@4hCk9

Thank you,

Jennifer Edison-Strekal
Paralegal